# United States Court of Appeals

## For the Eighth Circuit

_____

No. 19-1995
_____

Matthew Boivin

*Plaintiff - Appellant*

v.

Asa Hutchinson, Arkansas Governor, Individually and in Official Capacities;
Benny Magness, Director-- Board of Correction, Individually and in Official
Capacities; Wendy Kelley, Director-- Department of Correction, Individually and
in Official Capacities

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock
_____

Submitted: January 15, 2020
Filed: January 21, 2020
[Unpublished]
_____

Before GRUENDER, BEAM, and KELLY, Circuit Judges.
_____

PER CURIAM.

Arkansas inmate Matthew Boivin appeals the district court's[1] dismissal of his pro se 42 U.S.C. § 1983 complaint. After careful review of the record and the parties' arguments on appeal, we conclude that dismissal was proper. *See Kelly v. City of Omaha*, 813 F.3d 1070, 1075 (8th Cir. 2016) (reviewing Fed. R. Civ. P. 12(b)(6) dismissal de novo). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Patricia S. Harris, United States Magistrate Judge for the Eastern District of Arkansas.